# BILL OF COSTS

## TEXAS COURT OF APPEALS, SEVENTH DISTRICT, AT AMARILLO

No. 07-16-00456-CV

**LaBrandon Hightower**

**v.**

**Bentwood Apartments**

(No. 2016-572,409 IN COUNTY COURT AT LAW NO. 3 OF LUBBOCK COUNTY)

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| Filing | $100.00 | INDIGENT | N/A |
| Supreme Court chapter 51 fee | $50.00 | INDIGENT | N/A |
| Statewide efiling fee | $30.00 | INDIGENT | N/A |
| Indigent | $25.00 | INDIGENT | N/A |

| |
|---|
| **Balance of costs owing to the Seventh Court of Appeals, Amarillo, Texas: $0.00** |
| |
| ***Court costs in this cause shall be paid as per the Judgment issued by this Court.*** |

I, **VIVIAN LONG, CLERK** OF THE SEVENTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SEVENTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Seventh District of Texas on July 7, 2017.

*Vivian Long*
VIVIAN LONG, CLERK